| | DICKINSON WRIGHT PLLC
ERIC D. HONE (NV Bar No. 8499)
ehone@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARD STEPHAN on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC. d/b/a/ TCS, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01955-APG-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [ECF 1]**<br><br>**[First Request]** |

IT IS STIPULATED by and between the parties, through their respective counsel, that defendant Thunderbird Collection Specialists, Inc. d/b/a/ TCS, Inc., shall have until October 13, 2017 to respond to plaintiffs' complaint [ECF No. 1], filed July 18, 2017.

Defendant requested, and Plaintiffs agreed to, this stipulation for the purpose of facilitating settlement discussions and to permit the parties time to continue to engage in discussions concerning resolution of this matter. The stipulation is not made for the purpose of delay.

/ / /

/ / /

/ / /

This is the first stipulated request to extend the deadline for defendant TCS, Inc. to respond to the complaint.

DATED this 27th day of September 2017.

KAZEROUNI LAW GROUP, ARC

/s/ Michael Kind
Michael Kind, No. 13903
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs*

DATED this 27th day of September 2017.

DICKINSON WRIGHT PLLC

Eric D. Hone, No. 8499
8363 West Sunset Rd., Ste. 200
Las Vegas, NV 89119

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: 9-27-2017